DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JONATHAN MONSANTO-BERRIO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-744

_____

September 30, 2022

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Mark D. Kiser, Judge.

Jonathan Monsanto-Berrio, pro se.

Ashley Moody, Attorney General, Tallahassee, and William C. Shelhart, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

     Affirmed.

SILBERMAN, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.